11/10/2025 3:08 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-002616
Rosa Oneal

CAUSE NO.  D-1-GN-23-002616

| | | |
|---|---|---|
| **DAVID SAUCEDO,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | FILED IN |
| | § | 15th COURT OF APPEALS |
| **v.** | § | AUSTIN, TEXAS |
| | § | **126TH JUDICIAL DISTRICT** |
| **TEXAS MEDICAL BOARD, ET AL.** | § | CHRISTOPHER A. PRINE |
| *Defendants.* | § | Clerk |
| | § | **TRAVIS COUNTY, TEXAS** |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 11:45:54 AM
CHRISTOPHER A. PRINE
Clerk

### PLAINTIFF DAVID SAUCEDO'S NOTICE OF APPEAL

COMES NOW Plaintiff, David Saucedo, by and through his attorneys, to file this Notice of Appeal.

1.	On October 20, 2025, the Honorable Maria Cantú Hexsel, District Judge, 126th District Court, Travis County, Texas, entered an Order granting Defendant Texas Medical Board's ("TMB") First Amended Plea to the Jurisdiction and an Order denying Plaintiff's Motion to Reconsider Order Denying Plaintiff's Motion to Compel Jurisdictional Discovery, Motion for Continuance and Request for Attorneys' Fees.

2.	Plaintiff appeals to the Fifteenth Court of Appeals in Austin, Texas, which has exclusive intermediate appellate jurisdiction over civil cases statewide brought against the board of a state agency in the executive branch of the state government pursuant to Texas Government Code 22.220(d)(1).

3.	The appeal involves a matter brought against the State or a board, commission, department, office, or other agency in the executive branch of the state government.

4.	The appeal involves a matter brought by or against an officer or employee of the State or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct.

5.     This appeal does not involve a matter in which a party to the proceeding challenges the constitutionality or validity of a state statute or rule and the Attorney General is a party to the case.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Saucedo files this Notice of Appeal from the October 20, 2025 Orders by the Honorable Maria Cantú Hexsel, District Judge, 126th District Court, Travis County, Texas.

Dated: November 10, 2025

Respectfully submitted,

**HYDE KELLEY LLP**
2806 Flintrock Trace, Suite A104
Austin, Texas 78738
Telephone: (512) 686-0700
Facsimile: (866) 929-1641

*/s/ George E. Hyde*
GEORGE E. HYDE
Texas State Bar No. 45006157
ghyde@txlocalgovlaw.com
MATTHEW L. WESTON
Texas State Bar No. 24037698
mweston@txlocalgovlaw.com

**ATTORNEYS FOR**
**DAVID SAUCEDO**

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on November 10, 2025, a true and correct copy of the forgoing document was served in accordance with the applicable Texas Rules of Civil Procedure upon the counsel of record in this cause via electronic service.

Patrick Todd                                                    Patrick.Todd@oag.texas.gov

**Office of the Attorney General of Texas**
Assistant Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**Attorney for Defendant Texas Medical Board**

*/s/ George E. Hyde*
GEORGE E. HYDE

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Wilhelm on behalf of George Hyde
Bar No. 45006157
vwilhelm@txlocalgovlaw.com
Envelope ID: 107874201
Filing Code Description: Notice of Appeal
Filing Description: PLAINTIFF DAVID SAUCEDO'S NOTICE OF APPEAL
Status as of 11/12/2025 9:31 AM CST

Associated Case Party: DAVID SAUCEDO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew Weston | 24037698 | mweston@txlocalgovlaw.com | 11/10/2025 3:08:26 PM | SENT |
| Alani Alvarez | | aalvarez@txlocalgovlaw.com | 11/10/2025 3:08:26 PM | SENT |

Associated Case Party: TEXAS MEDICAL BOARD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stephen Carlton | 24080822 | brint.carlton@tmb.state.tx.us | 11/10/2025 3:08:26 PM | SENT |
| Mayra Contreras | | mayra.contreras@oag.texas.gov | 11/10/2025 3:08:26 PM | SENT |